**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 23-2375-JFW(PVCx)**                    Date: **July 22, 2024**

Title:        United States of America, et al.
               *ex rel* Relator LLC -v- John Bergman, et al.

---

**PRESENT:**
         **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

         **Shannon Reilly**                              **None Present**
         **Courtroom Deputy**                           **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                    None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

        Plaintiff is ordered to show cause, in writing, no later than **July 31, 2024**, why this action should not be dismissed for lack of prosecution.

        The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

    **X**    Proof of service of summons and complaint

            Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

            Motion for entry of default judgment set for hearing in accordance with the Local Rules and the Court's Standing Order

        No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

        IT IS SO ORDERED.

                                                                        Initials of Deputy Clerk   sr