JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> *ex rel.* **RELATOR LLC**, a California limited liability company, <br><br> Relator, <br><br> v. <br><br> **JOHN BERGMAN,** an individual; **ON Q FINANCIAL, INC.**, an Arizona corporation, <br><br> Defendants. | Case No.: 2:23-cv-02375-JFW-PVCx <br><br> **ORDER** |

## ORDER

The Relator, Relator LLC, having filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a), and the United States having filed its Consent of the Attorney General of the United States of America, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that this action is dismissed without prejudice as to Relator and the United States.

Dated: September 13, 2024

_____
Hon. John F. Walter
United States District Judge

- 1 -